**950BNC**

**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 18−03277−jw                            Chapter: 13

**In re:**
Bobby Jean Sass
aka Bobby Jean Canty

| Entered By The Court 1/21/20 | ORDER | Filed By The Court 1/21/20 Laura A. Austin Clerk of Court US Bankruptcy Court |

Order Granting Request to Continue. The 362 Motion is Continued. AND IT IS SO ORDERED. Signed by: Judge John E. Waites, US Bankruptcy Court – District of South Carolina (related document(s)87, [90]). Hearing scheduled for 2/20/2020 at 11:00 AM at Charleston. The case judge is John E. Waites.

*John E. Waites*
United States Bankruptcy Judge